UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

LAURIE SETTLE as representative for BRUCE SETTLE, *on behalf of himself and others similarly situated*,

               Plaintiff,

v.

SENIOR CHOICE PLANS, LLC,

               Defendant.

> The court acknowledges the Stipulation of Dismissal without prejudice, Dkt. [56]. The Clerk is DIRECTED to close this case on the docket.
> JPH 3/12/2024
> Distribution via ECF

Civil Case No.: 1:23-cv-1063

Judge James Patrick Hanlon
Magistrate Judge Tim Baker

## STIPULTATION OF DISMISSAL WITHOUT PREJUDICE

The parties file this Stipulation of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Respectfully submitted,

*/s/ Anthony I. Paronich*
PARONICH LAW, P.C.
Anthony I. Paronich
350 Lincoln St., Suite 2400
Hingham, MA 02043
617-485-0018
anthony@paronichlaw.com

*Attorneys for Plaintiff*

*/s/ Mark Waterfill*
Mark Waterfill
Attorney at Law
2230 Stafford Rd. STE 115
Plainfield IN 46168
317-501-6060